UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CAROLYN SAMS**

    **PLAINTIFF**

v.                                                            **CASE NO. 6:09-CV-00275-ORL-35KRS**

**RETIREMENT HOUSING FOUNDATION, INC.,**
d/b/a Courtenay Springs Village,

    **DEFENDANT**

_____/

### DEFENDANT'S UNOPPOSED MOTION FOR
### TELEPHONIC SETTLEMENT CONFERENCE

Defendant, Retirement Housing Foundation, Inc., by and through its undersigned counsel, hereby moves for permission to conduct the settlement conference in this matter by telephone and, in support thereof, states as follows:

1. Counsel for Defendant is located in Sarasota, Florida.

2. Counsel for Plaintiff is located in St. Petersburg, Florida.

3. This Court's Scheduling Order dated March 24, 2009, requires the parties to meet in person and conduct a settlement conference.

4. To avoid unnecessary expense and inefficient use of time, counsel for the Defendant requests permission to hold the settlement conference telephonically.

5. The parties will not be prejudiced by holding the settlement conference telephonically.

6. Pursuant to Middle District Local Rule 3.01(g), undersigned counsel has conferred with Plaintiff's counsel, Nancy Cavey, who does not oppose this motion and

who agreed to hold the court ordered settlement conference telephonically in lieu of an in person meeting.

## MEMORANDUM OF LAW IN SUPPORT OF MOTION

Pursuant to Middle District Local Rule 3.01(I), counsel are encouraged to use telephonic conference whenever possible, particularly when counsel are located in different cities. Here, counsel are located in different cities, namely, Defendant's counsel is located in Sarasota, Florida, and Plaintiff's counsel is located in St. Petersburg, Florida. Travel by counsel for both parties for purposes of the case settlement conference would add unnecessary expense to the cost of litigation and would be an inefficient use of time.

WHEREFORE, cause having been shown, Defendant requests the Court enter an Order granting Defendant's Unopposed Motion to Hold Settlement Conference Telephonically.

Respectfully submitted this 30th day of April, 2009,

/s/ John M. Hament
John M. Hament
Florida Bar No.: 937770
Anne Willis Chapman
Florida Bar No.: 828491
KUNKEL MILLER & HAMENT
Attorneys for Defendant
Orange Professional Centre
235 North Orange Avenue, Suite 200
Sarasota, FL 34236
Telephone: 941-365-6006
Facsimile: 941-365-6209
Email: john@kmhlaborlaw.com
anne@kmhlaborlaw.com

-3-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of April, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Nancy L. Cavey, Esq.
Law Office of Cavey and Barrett
P.O. Box 7539
St. Petersburg, FL  33734-7539
Attorney for Plaintiff

Marcus A. Castillo, Esq.
Haas & Castillo, P.A.
Arbor Shoreline Office Park
19321-C U.S. 19 North, Suite 401
Clearwater, FL 33764

/s/ John M. Hament
John M. Hament